JPML FORM 1A

DOCKET ENTRIES

P.1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 708 -- IN RE SOBSTAD SAIL PATENT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/09/04 | 1 | MOTION, BRIEF, SCHEDULE, AFFIDAVIT OF SERVICE -- Filed plaintiff Sobstad Sailmakers, Inc., -- SUGGESTED TRANSFEREE DISTRICT; DISTRICT OF CONNECTICUT -- SUGGESTED JUDGE: ?  (tmq) |
| 86/09/16 | | APPEARANCES: Edward V. Filardi, Esq. for ULMER KOLIUS INTERNATIONAL, INC. ETC., ET AL. (A-1 plft. also deft.), CLARK, MCCAULEY, MCINNIS & PIERCE, ULMER KOLIUS SAILS SAN FRANCISCO, INC. ULMER KOLIUS SAILMAKER OF NEWPORT, INC., PERFORMANCE CUSTOM INC., NIEMAN & CONSIDINE, INC., HORIZAN SAILS ULMER KOLIUS SALES, INC., ULMER KOLIUS SALES OF FLORIDA, INC., CHARLES ULMER, INC., EDWARD V. FILARDI, ESQUIRE (all d/b/a ULMER KOLIUS); Pasquale A. Razzano, Esq. for SOBSTAD SAILMAKERS, INC. (tmq) |
| 86/09/23 | 2 | INTERESTED PARTY RESPONSE, BRIEF & ATTACHMENT (Sobstad Sailmakers, Inc. v. Scott Allan Sailmakers, Inc. etc., D. Maryland, C.A. No. B86-2776) -- Defendant Scott Allan Sailmakers, Inc. d/b/a Doyle-Allan Sailmakers -- W/cert. of svc. (paa) |
| 86/10/06 | 3 | AMENDED MOTION -- Sobstad Sailmakers, Inc., -- to add (A-8) Sobstad Sailmakers, Inc., v. Scott Allan Sailmakers, Inc., D. Maryland, C.A. No. B86-2776. (tmq) |
| 86/10/15 | | APPEARANCE: SCOTT ALLAN SAILMAKERS, INC. D/B/A DOYLE SAILMAKERS for S. Kennon Scott, Esquire. (tmq) |
| 86/10/15 | 4 | RESPONSE (to pldg. #3) -- Scott Allan Sailmakers, Inc. d/b/a/ Doyle-Allan Sailmakers, w/cert. of svc. (tmq) |
| 86/10/17 | | HEARING ORDER -- Setting motion to transfer A-1 through A-8 for Panel hearing in Louisville, Kentucky on November 20, 1986  (cds) |
| 86/11/10 | 5 | STATUS NOTICE (re A-8) -- Scott Allan Sailmakers, Inc. d/b/a Doyle-Allan Sailmakers -- w/cert. of service  (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 708 -- IN RE SOBSTAD SAIL PATENT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/11/19 | | WAIVERS FOR ORAL ARGUMENT on November 20, 1986, in Louisville, Kentucky -- Pasquale A. Razzano, Esq. for Sobstad Sailmakers, Inc.; Edward V. Filardi, Esq. for Ulmer Kolius International, Inc., Charles Ulmer, Inc. Sailmakers; Clark, McCauley, McInnis & Pierce, Inc.; Ulmer Kolius Sails San Francisco, Inc.; Ulmer Kolius Sailmaker of Newport, Inc; Performane Custom Incorporated, Inc.; Nieman & Considine, Inc.; Ulmer Kolius Sails, Inc.; Ulmer Kolius Sails of Florida, Inc. (paa) |
| 86/12/09 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of actions to the District of Connecticut for assignment to Judge T.F. Gilroy Daly. (paa) |
| 86/12/09 | | TRANSFER ORDER -- Transferring A-1 thru A-7 to the District of Connecticut for assignment to the Honorable T.F. Gilroy Daly, for pretrial proceedings. NOTIFIED INVOLVED CLERKS, JUDGES, COUNSEL & MISC. RECIPIENTS. (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 708 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SOBSTAD SAIL PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 20, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| — | December 9, 1986 | TO | Unpublished | D. Conn. | Hon. T.F. Gilroy Daly | |

Special Transferee Information

DATE CLOSED: 8-31-88

Spring hill 1-03-4863
[illegible handwriting]

Clerk's Office
915 Lafayette Boulevard
Bridgeport, CT  06604

12-9-86
12-9-87
8-31-88

JPML FORM 1                                LISTING OF INVOLVED ACTIONS

DOCKET NO. 708 -- IN RE SOBSTAD SAIL PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ulmer Kolius International, Inc., et al. v. Sobstad Sailmakers, Inc. | Conn. Daly | 8-86-3201- TFGD (321) | | | 3/12/87 D | |
| A-2 | Sobstad Sailmakers, Inc. v. Clark, McCauley, McInnis & Pierce, Inc. | Wash.,W. Voorhees | C86-1058 | 12/9/86 | B87-86 | 8/31/88 D | |
| A-3 | Sobstad Sailmakers, Inc. v. Ulmer Kolius Sails San Francisco, Inc., et al. | Cal.,N. Patel | 86-4393-MHP | 12/9/86 | B87-52 | 7/28/88 D | |
| A-4 | Sobstad Sailmakers, Inc. v. Nieman & Considine, Inc., et al. | Ill.,N. Getzendanner | 86-C-5495 | 12/9/86 | B87-85 | 7/29/88 D | |
| A-5 | Sobstad Sailmakers, Inc. v. Ulmer Kolius Sails, Inc. | Md. Black | B-86-2358 | 12/9/86 | B87-120 | 7/29/88 D | |
| A-6 | Sobstad Sailmakers, Inc. v. Charles Ulmer, Inc. | Tex.,S. Black | H-86-2835 | 12/9/86 | B87-52 | 7/29/88 D | |
| A-7 | Sobtad Sailmakers, Inc. v. Ulmer Kolius Sails of Florida, Inc., et al. | Fla.,M. ~~Castagna~~ Castagna | 86-1087-Civ-T-15B | 12/9/86 | C-87-87 | 7/29/88 D | |
| A-8 | Sobstad Sailmakers, Inc. v. Scott Allan Sailmakers, Inc., etc. | D.Md Black | B-86-2776 DO NOT COUNT | | | 11/19/86 D | |

July 1987 - 6 TR/ 1-XYZ / 7 Pdg.
July 1988 - Same
July 1989 - 7 dis/ Litigation closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 708 -- IN RE SOBSTAD SAIL PATENT LITIGATION

ULMER KOLIUS INTERNATIONAL, INC. ETC.,
 ET AL. (A-1 plft. also deft.)
CLARK, MCCAULEY, MCINNIS & PIERCE
ULMER KOLIUS SAILS SAN FRANCISCO, INC.
ULMER KOLIUS SAILMAKER OF NEWPORT, INC.
PERFORMANCE CUSTOM INC.
NIEMAN & CONSIDINE, INC.
HORIZAN SAILS
ULMER KOLIUS SALES, INC.
ULMER KOLIUS SALES OF FLORIDA, INC.
CHARLES ULMER, INC.

Edward V. Filardi, Esq.
Brumbaugh, Grave, Donohoe & Raymond
30 Rockefeller Plaza
New York, N.Y.  10112

SOBSTAD SAILMAKERS, INC. (A-2- A-7)
(Pltf/Deft)
Pasquale A. Razzano, Esq.
Curtis, Morris & Safford P.C.
530 Fifth Avenue
New York, New York 10036

SCOTT ALLAN SAILMAKERS, INC. D/B/A
DOYLE-ALLAN SAILMAKERS
S. Kennon Scott, Esquire
2661 Riva Road, Suite 810
Annapolis, Maryland 21401

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 708 -- IN RE SOBSTAD SAIL PATENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ SOBSTAD SAILMAKERS, INC. | A-1 |
| ✓ CLARK, MCCAULEY, MCINNIS & PIERCE, INC. d/b/a ULMER KOLIUS SAILS | A-2 |
| ✓ ULMER KOLIUS SAILS SAN FRANCISCO ✗ | A-3 |
| ✓ ULMER KOLIUS SAILMAKERS OF OF NEWPORT BEACH, INC. | A-3 |
| ✓ PERFORMANCE CUSTOM INCORPORATED | A-3 |
| ✓ NIEMAN & CONSIDINE, INC. d/b/a HORIZON SAILS & d/b/a Ulmer Kolius ~~Sails, Inc.~~ Ulmer Kolius Sails, Inc. ✗ | A-5 |
| ✓ ULMER KOLIUS SAILS OF FLORIDA, INC. d/b/a ULMER KOLIUS | A-7 |
| ✓ CHARLES ULMER, INC. | A-6 |
| Scott Allan Sailmakers d/b/a Doyle Allan Sailmakers | |
| | |