JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -9 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 708

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SOBSTAD SAIL PATENT LITIGATION

TRANSFER ORDER*

All parties to the seven actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the actions pending in districts other than the District of Connecticut to that district for coordinated or consolidated pretrial proceedings with the action pending there. The Panel has found upon consideration of the papers submitted[1] that these seven actions involve common questions of fact and that centralization of these actions in the District of Connecticut will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.[2]

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Connecticut be, and the same hereby are, transferred to the District of Connecticut and, with the consent of that court, assigned to the Honorable T.F. Gilroy Daly for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

\*   Judge Louis H. Pollak took no part in the decision of this matter.

[1]   The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

[2]   One additional action -- <u>Sobstad Sailmakers, Inc. v. Scott Allan Sailmakers, Inc.</u>, etc., D. Maryland, C.A. No. B-86-2776 -- was previously included in the matter before the Panel, but that action has been settled and dismissed.

SCHEDULE A

MDL-708 -- In re Sobstad Sail Patent Litigation

### Western District of Washington

Sobstad Sailmakers, Inc. v. Clark, McCauley, McInnis & Pierce, Inc., C.A. No. C86-1058

### Northern District of California

Sobstad Sailmakers, Inc. v. Ulmer Kolius Sails San Francisco, Inc., et al., C.A. No. 86-4393-MHP

### Northern District of Illinois

Sobstad Sailmakers, Inc. v. Nieman & Considine, Inc., et al., C.A. No. 86-C-5495

### District of Maryland

Sobstad Sailmakers, Inc. v. Ulmer Kolius Sails, Inc., C.A. No. B-86-2358

### Southern District of Texas

Sobstad Sailmakers, Inc. v. Charles Ulmer, Inc., C.A. No. H-86-2835

### Middle District of Florida

Sobstad Sailmakers, Inc. v. Ulmer Kolius Sails of Florida, Inc., et al., C.A. No. 86-1087-Civ-T-15B

### District of Connecticut

Ulmer Kolius International, Inc., et al. v. Sobstad Sailmakers, Inc., C.A. No. 8-86-32-1-TFGD